**EDELSBERG LAW, P.A.**
Scott Edelsberg (CA Bar 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

E-FILED
MAY 10 2021
Document #
Link #17
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ALHADEFF, Individually and on behalf of all other similarly situated, <br><br> *Plaintiff* <br><br> vs. <br><br> LEGALZOOM.COM, INC., <br><br> *Defendant.* | Case No. 2:21-cv-02183-PSG <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF DISMISSAL**

# NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Albert Alhadeff, does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Albert Alhadeff, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: May 7, 2021

Respectfully Submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

IT IS SO ORDERED.
DATED: 5/10/21
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                          Respectfully submitted,

                                          */s/ Scott Edelsberg*
                                          Scott Edelsberg